# NO. 12-08-00240-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *J.D. TODD, JR.,*<br>*APPELLANT* | § | *APPEAL FROM THE 294TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *VAN ZANDT COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant was convicted of the offense of indecency with a child. We have received the trial court's certification showing that this is a plea bargain case and Appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification is signed by Appellant and his counsel. Accordingly, the appeal is ***dismissed for want of jurisdiction***.

Opinion delivered June 11, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)